# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-29248 |
| | § | |
| JULIE A. MITTLER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $59,680.33 | Assets Exempt: | $4,150.00 |
| Total Distributions to Claimants: | $3,580.02 | Claims Discharged Without Payment: | $38,659.00 |
| Total Expenses of Administration: | $2,442.48 | | |

3) Total gross receipts of $7,575.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,552.50 (see **Exhibit 2**), yielded net receipts of $6,022.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $98,215.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,442.48 | $2,442.48 | $2,442.48 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $37,495.20 | $30,000.02 | $30,000.02 | $3,580.02 |
| **Total Disbursements** | $135,710.20 | $32,442.50 | $32,442.50 | $6,022.50 |

4). This case was originally filed under chapter 7 on 09/13/2016. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2018     By:  /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Marquette Bank checking account | 1129-000 | $2,400.00 |
| 2016 Federal Tax Refund | 1224-000 | $5,175.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,575.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JULIE MITTLER | Funds to Third Parties | 8500-002 | $1,552.50 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,552.50** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WELLS FARGO HM MORTGAG | 4110-000 | $92,198.00 | $0.00 | $0.00 | $0.00 |
| | WFF AUTO | 4110-000 | $6,017.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$98,215.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,352.25 | $1,352.25 | $1,352.25 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $24.74 | $24.74 | $24.74 |
| Green Bank | 2600-000 | NA | $65.17 | $65.17 | $65.17 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $972.50 | $972.50 | $972.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $27.82 | $27.82 | $27.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,442.48** | **$2,442.48** | **$2,442.48** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-900 | $9,372.00 | $9,781.82 | $9,781.82 | $1,167.30 |
| 2 | Shibui South Condominium Association | 7100-000 | $0.00 | $4,025.59 | $4,025.59 | $480.39 |
| 3 | Cavalry SPV I, LLC as assignee of Synchrony Bank/Care Credit | 7100-900 | $810.71 | $1,117.51 | $1,117.51 | $133.36 |
| 4 | Capital One, N.A. | 7100-900 | $3,190.00 | $3,190.74 | $3,190.74 | $380.76 |
| 5 | MIDLAND FUNDING LLC | 7100-900 | $2,776.00 | $2,776.17 | $2,776.17 | $331.29 |
| 6 | MIDLAND FUNDING LLC | 7100-900 | $913.00 | $913.15 | $913.15 | $108.97 |
| 7 | WELLS FARGO BANK, N.A. | 7100-000 | $1,456.00 | $1,456.15 | $1,456.15 | $173.77 |
| 8 | Portfolio Recovery Associates, LLC | 7100-900 | $2,321.00 | $2,321.40 | $2,321.40 | $277.02 |
| 9 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $4,417.49 | $4,417.49 | $4,417.49 | $527.16 |
|  | CAVALRY PORTFOLIO SERV | 7100-000 | $811.00 | $0.00 | $0.00 | $0.00 |
|  | CHASE | 7100-000 | $10,484.00 | $0.00 | $0.00 | $0.00 |
|  | CITI | 7100-000 | $621.00 | $0.00 | $0.00 | $0.00 |
|  | CREDIT MANAGEMENT LP | 7100-000 | $323.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,495.20 | $30,000.02 | $30,000.02 | $3,580.02 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 16-29248 | | | Trustee Name: | David Leibowitz |
| Case Name: | MITTLER, JULIE A. | | | Date Filed (f) or Converted (c): | 09/13/2016 (f) |
| For the Period Ending: | 5/17/2018 | | | §341(a) Meeting Date: | 10/11/2016 |
| | | | | Claims Bar Date: | 03/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 15723 Reggy Ln Unit 3 Oak Forest Illinois 60452 | $57,133.33 | $0.00 | | $0.00 | FA |
| 2 | 2008 Chevrolet Cobalt (70,800 miles) | $2,547.00 | $0.00 | | $0.00 | FA |
| 3 | Misc. household goods and furnishings | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Cell phone | $110.00 | $0.00 | | $0.00 | FA |
| 5 | Used clothing | $150.00 | $0.00 | | $0.00 | FA |
| 6 | Marquette Bank checking account | $6,728.23 | $3,338.23 | | $2,400.00 | FA |
| Asset Notes: | Account balance updated per amended schedule B filed 10/12/2016 (dkt. #12); Trustee authorized to settle for $2,400 per order entered 02/08/2017 (dkt #29). | | | | | |
| 7 | 2016 Federal Tax Refund (u) | $0.00 | $3,622.50 | | $5,175.00 | FA |
| Asset Notes: | Debtor's Pro-Rated Portion: $1552.50 | | | | | |

**TOTALS (Excluding unknown value)**  $67,168.56   $6,960.73   $7,575.00

**Gross Value of Remaining Assets**  $0.00

**Major Activities affecting case closing:**

06/30/2017  2017 Reporting Period:

Asset case: non-exempt funds in bank account and 2016 federal tax refund

Trustee intercepted Debtor's 2016 tax refund. The estate portion is $3,622.50.

Additionally, Debtor is making payments of $200 per month to settle for the non-exempt funds in her bank account as of the filing date. The payment plan is anticipated to be completed by 11/30/17, after which the case will be ready for TFR.

| Initial Projected Date Of Final Report (TFR): | 12/04/2017 | Current Projected Date Of Final Report (TFR): | 12/31/2017 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-29248 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MITTLER, JULIE A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1352 | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/13/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/17/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/27/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (1 of 11) | 1129-000 | $300.00 | | $300.00 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.03 | $299.97 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.43 | $299.54 |
| 03/02/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (2 of 11) | 1129-000 | $300.00 | | $599.54 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.99 | $598.55 |
| 04/03/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (3 of 11) | 1129-000 | $200.00 | | $798.55 |
| 04/14/2017 | | US Treasury | 2016 Income Tax Refund | * | $5,175.00 | | $5,973.55 |
| | {7} | | Estate Portion - 2016 Income tax refund    $3,622.50 | 1224-000 | | | $5,973.55 |
| | {7} | | Debtor's Portion - 2016 Income Tax Refund    $1,552.50 | 1280-002 | | | $5,973.55 |
| 04/18/2017 | 3001 | JULIE MITTLER | Debtor's Pro-Rated Portion of 2016 Tax Refund | 8500-002 | | $1,552.50 | $4,421.05 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.92 | $4,416.13 |
| 05/01/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (4 of 11) | 1129-000 | $200.00 | | $4,616.13 |
| 05/30/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (5 of 11) | 1129-000 | $200.00 | | $4,816.13 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.66 | $4,807.47 |
| 06/27/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (6 of 11) | 1129-000 | $200.00 | | $5,007.47 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.07 | $4,999.40 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.54 | $4,991.86 |
| 08/02/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (7 of 11) | 1129-000 | $200.00 | | $5,191.86 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.36 | $5,183.50 |
| 09/04/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (8 of 11) | 1129-000 | $200.00 | | $5,383.50 |

**SUBTOTALS**    $6,975.00    $1,591.50

| Case No.: | 16-29248 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | MITTLER, JULIE A. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1352 | | | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 9/13/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/17/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.58 | $5,374.92 |
| 10/10/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (9 of 11) | 1129-000 | $200.00 | | $5,574.92 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.61 | $5,566.31 |
| 11/03/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (10 of 11) | 1129-000 | $200.00 | | $5,766.31 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.98 | $5,757.33 |
| 12/04/2017 | (6) | MITTLER, JULIE A. | Settlement Payment for Non-Exempt Bank Account Balance - (11 of 11) | 1129-000 | $200.00 | | $5,957.33 |
| 03/28/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,352.25 | $4,605.08 |
| 03/28/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $24.74 | $4,580.34 |
| 03/28/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $972.50; Distribution Dividend: 100.00%; | 3110-000 | | $972.50 | $3,607.84 |
| 03/28/2018 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $27.82; Distribution Dividend: 100.00%; | 3120-000 | | $27.82 | $3,580.02 |
| 03/28/2018 | 3006 | American InfoSource LP as agent for | Claim #: 1; Amount Claimed: $9,781.82; Distribution Dividend: 11.93%; | 7100-900 | | $1,167.30 | $2,412.72 |
| 03/28/2018 | 3007 | Shibui South Condominium Association | Claim #: 2; Amount Claimed: $4,025.59; Distribution Dividend: 11.93%; | 7100-000 | | $480.39 | $1,932.33 |
| 03/28/2018 | 3008 | Cavalry SPV I, LLC as assignee of Synchrony Bank/Care Credit | Claim #: 3; Amount Claimed: $1,117.51; Distribution Dividend: 11.93%; | 7100-900 | | $133.36 | $1,798.97 |
| 03/28/2018 | 3009 | Capital One, N.A. | Claim #: 4; Amount Claimed: $3,190.74; Distribution Dividend: 11.93%; | 7100-900 | | $380.76 | $1,418.21 |
| 03/28/2018 | 3010 | MIDLAND FUNDING LLC | Claim #: 5; Amount Claimed: $2,776.17; Distribution Dividend: 11.93%; | 7100-900 | | $331.29 | $1,086.92 |
| 03/28/2018 | 3011 | MIDLAND FUNDING LLC | Claim #: 6; Amount Claimed: $913.15; Distribution Dividend: 11.93%; | 7100-900 | | $108.97 | $977.95 |
| 03/28/2018 | 3012 | WELLS FARGO BANK, N.A. | Claim #: 7; Amount Claimed: $1,456.15; Distribution Dividend: 11.93%; | 7100-000 | | $173.77 | $804.18 |

| | | | | SUBTOTALS | $600.00 | $5,179.32 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-29248 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MITTLER, JULIE A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1352 | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/13/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/17/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/28/2018 | 3013 | Portfolio Recovery Associates, LLC | Claim #: 8; Amount Claimed: $2,321.40; Distribution Dividend: 11.93%; | 7100-900 | | $277.02 | $527.16 |
| 03/28/2018 | 3014 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 9; Amount Claimed: $4,417.49; Distribution Dividend: 11.93%; | 7100-900 | | $527.16 | $0.00 |
| | | | **TOTALS:** | | $7,575.00 | $7,575.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,575.00 | $7,575.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,575.00 | $7,575.00 | |

**For the period of 9/13/2016 to 5/17/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,022.50 |
| Total Non-Compensable Receipts: | $1,552.50 |
| Total Comp/Non Comp Receipts: | $7,575.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,022.50 |
| Total Non-Compensable Disbursements: | $1,552.50 |
| Total Comp/Non Comp Disbursements: | $7,575.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/27/2017 to 5/17/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,022.50 |
| Total Non-Compensable Receipts: | $1,552.50 |
| Total Comp/Non Comp Receipts: | $7,575.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,022.50 |
| Total Non-Compensable Disbursements: | $1,552.50 |
| Total Comp/Non Comp Disbursements: | $7,575.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4  Exhibit 9

| Case No. | 16-29248 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MITTLER, JULIE A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1352 | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/13/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/17/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $7,575.00 | $7,575.00 | $0.00 |

**For the period of 9/13/2016 to 5/17/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,022.50 |
| Total Non-Compensable Receipts: | $1,552.50 |
| Total Comp/Non Comp Receipts: | $7,575.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,022.50 |
| Total Non-Compensable Disbursements: | $1,552.50 |
| Total Comp/Non Comp Disbursements: | $7,575.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/13/2016 to 5/17/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,022.50 |
| Total Non-Compensable Receipts: | $1,552.50 |
| Total Comp/Non Comp Receipts: | $7,575.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,022.50 |
| Total Non-Compensable Disbursements: | $1,552.50 |
| Total Comp/Non Comp Disbursements: | $7,575.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ